## IN THE UNITED STATES DISTRICT COURT
## FOR THE WESTERN DISTRICT OF WISCONSIN

ANDREW C. NEEVEL,

      Petitioner,

v.

TROY HERNS,

      Respondent.

**JUDGMENT IN A CIVIL CASE**

Case No. 15-cv-588-wmc

---

This action came for consideration before the court with District Judge William M. Conley presiding. The issues have been considered and a decision has been rendered.

---

IT IS ORDERED AND ADJUDGED that judgment is entered in favor of respondent denying Andrew C. Neevel's petition for a writ of habeas corpus under 28 U.S.C. § 2254 and dismissing this case.

/s/                                                                        12/07/2018

_____          _____

    Peter Oppeneer, Clerk of Court                              Date